# UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

**Thomas T. Glover**
Bankruptcy Judge
**Kerry C. Holt**
Law Clerk

(206)370-5312

United States Courthouse, Room 7106
700 Stewart Street
Seattle, Washington 98101

May 13, 2010

Clyde H Reed, Jr.
16210 E Shore Dr
Lynnwood, WA 98087-6629

      Re: <u>In re Reed</u>, No. 10-14099

Dear Mr. Reed:

      The Court received your Ex Parte Motion to Vacate Order of Dismissal Dated 4.29.2010, and your Ex Parte Motion to Continue/Extend Automatic Stay. Bankruptcy Rule 9003 and the Code of Judicial Conduct prohibit the Court from having ex-parte contact with a party concerning matters that may come before it.

      Before Judge Glover can consider your motions, they must be properly noted on the Judge's hearing calendar and served on all interested parties as required by the applicable federal and local rules of bankruptcy procedure. Judge Glover hears motions in Chapter 13 cases on the 2nd and 4th Wednesdays of most months. You can view the Court's local rules and determine available calendar dates on the Court's web site at www.wawb.uscourts.gov.

      Although your Motion to Vacate Order of Dismissal says that all required documents have been filed and the deficiency cured, the court's records show that you are still missing the Summary of Schedules, Form B22C and your Chapter 13 Plan.

      You should be aware that the Court's staff cannot render legal advice or instructions on how to proceed. Any questions you have should be directed to an attorney. I strongly urge you to consult your own attorney for assistance in pursuing this matter.

      Sincerely,

      Kerry Cochran Holt